IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN MOORE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-3823 |
| CITY OF PHILADELPHIA, OFFICER | : | |
| LARRY SHIELDS, HAKIM | : | |
| MUHAMMAD, ANGELA MUHAMMAD, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *29th* day of *August*, 2012, upon consideration of Plaintiff Stephen Moore's Motion to Remand to State Court (Docket No. 4), the Response of Defendant Officer Larry Shields (Docket No. 5), the Response of Defendant City of Philadelphia (Docket No. 6), Plaintiff's Reply Brief (Docket No. 7), Defendant City of Philadelphia's Sur-reply Brief (Docket No. 8), Defendant Shields's Sur-reply Brief (Docket No. 9), and the parties' letter briefs dated August 8, 2012 and August 9, 2012, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.